# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 MAR 27 P 12: 24

CLERK OF COURT

(Full name of plaintiff(s))

L'Tanya Silas

v.

(Full name of defendant(s))

Touchpoint Support
Services LLC.

Case Number: **26-C ="500**

(to be supplied by Clerk of Court)

A.    PARTIES

1.    Plaintiff is a citizen of __Wisconsin__ and resides at
                              (State)

__3056 N. 20th St. Milwaukee WI. 53206__
                (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant __Touchpoint Support Services LLC__
                                              (Name)

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for  Touchpoint Support Services LLC
400 Morthridge RD STE 600
Sandy Springs GA 30350

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Feb 19, 2025 after providing my Doctors Paper to Christopher Stoll he contacted ADA to Access my paperwork.

March 6, 2025 without my knowledge was forced on Continous Leave.

April 17, 2025 Leadership team couldn't accomodate my lifting restrictions, that I didn't request.

April 18 Accomodation Team looking for new positions for me.

August 2025, offered position at St. Joseph under same leadership team who on April 17 couldn't but now has a position on 2nd or 3rd. Shift. I declined didn't feel comfortable returning.

October 2025, Receive email from HR saying Approiatte actions where taken about my complaints against Chris Stoll.

September 2025 Receives email from Hth saying I would returning to 1st shift same posistion Same shift, Never happened.

October 2025 offered job as Casheir, Coffee Maker, she didn't no location, she'll call back, Never did.

December learned I was Terminated because I didn't submit additional Medical forms to stay on Leave that I didn't request.

I believe they offered Me positions after Months of pleading to return when they got the complaint from EEOC. Trying to look like they tried.

C. **JURISDICTION**

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to be compensated after 13 years of commitment, dedication. Wrongfully invesitigated my FMLA papers. Believing Accomodation team was looking for New position, to discovee I was terminated for A leave I never requested therefore why Submit New medical documentation. I'm asking for $100,000. for Wrongful Teemination!! Thank You!

E.    JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _27_ day of _March_ 20_26_.

Respectfully Submitted,

_L'Tanya Silas_
Signature of Plaintiff

_1-414-766-8410_
Plaintiff's Telephone Number

_jordansilas14@yahoo.com_
Plaintiff's Email Address

_3056 N. 20th St._

_Milwaukee WI. 53206_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5